**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7393**

ANDRE JONES,

                    Plaintiff – Appellant,

          v.

CAMDEN POLICE DEPARTMENT; E. R. COREY,

                    Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  David C. Norton, Chief District
Judge.  (3:09-cv-02161-DCN)

Submitted: February 28, 2011          Decided:  March 18, 2011

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andre Jones, Appellant Pro Se.  Andrew Lindemann, DAVIDSON
& LINDEMANN, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Jones appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his complaint asserting claims under 42 U.S.C. § 1983 (2006) and state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Camden Police Dep't, No. 3:09-cv-02161-DCN (D.S.C. Sept 1, 2010; Sept. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED